# UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

**Appeal No. 20-1268**

**UNITED STATES OF AMERICA,**
Appellee

v.

**FRANCIS M. REYNOLDS, a/k/a Frank Reynolds**
Defendant-Appellant

## GOVERNMENT'S RESPONSE TO JUNE 3, 2022 ORDER

On June 3, 2022, the Court ordered the government to serve its January 18, 2022 motion "on the defendant's personal representative(s) within ten days." The order contemplates that within 30 days of such service, that representative(s) "may file a motion for substitution in this court and, after consultation with the government, a proposal for the further conduct of these proceedings." The government now reports on the status of the case, and explains why it is unlikely that any representative of defendant-appellant Francis M. Reynolds will seek to intervene on his behalf.

When Mr. Reynolds died, he was representing himself *pro se* in this Court. The government is aware of no lawyer or other professional agent who currently represents his interests.

After the Court issued its June 3 order, the government attempted to locate

someone who might qualify as Mr. Reynolds's "representative." As part of this, the government checked for any open estate/probate matter pertaining to him, and found none. The only person the government found who might be considered his representative is his surviving spouse, Mary Reynolds. Accordingly, on June 9, 2022, the government provided Ms. Reynolds with a copy of the government's January 18 motion and a copy of this Court's June 3 order.

    The undersigned personally spoke with Ms. Reynolds on June 13, 2022, after confirming she is not represented by counsel, and learned the following. At the time of Mr. Reynolds's death, the two were estranged. Ms. Reynolds is unaware of any pending estate/probate matter pertaining to him, and she does not know how to initiate one. She also is unaware of any will relating to Mr. Reynolds. She has no intention of filing anything in this case, she does not plan to hire a lawyer, and she likely could not afford a lawyer. During the conversation, the undersigned tried to explain the issues at stake, while also cautioning that the government's interests are likely adverse to her own interests, since the government's goal is to discover assets of Mr. Reynolds that she might otherwise be entitled to and then apply them to the outstanding $7.5 million restitution order—something the government will not be able to do if his death abates his convictions and the criminal judgment is vacated. It is unclear whether Ms. Reynolds fully understands the ramifications of the abatement issues pending before the Court.

The government awaits further instructions from the Court.

                Respectfully submitted,

                RACHAEL S. ROLLINS
                United States Attorney

By:   /s/ *Donald C. Lockhart*
        DONALD C. LOCKHART
        Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I, Donald C. Lockhart, AUSA, hereby certify that on June 21, 2022, I served a copy of the foregoing document on the following person, who apparently is not a registered participant of the CM/ECF system, by U.S. mail and by email:

Mary Reynolds
30 Cambridge Park Drive
Apartment 6138
Cambridge, MA 92140

                /s/ *Donald C. Lockhart*
                DONALD C. LOCKHART
                Assistant U.S. Attorney