# United States Court of Appeals
## For the First Circuit

### NOTICE OF APPEARANCE

**No.** 20-1268    **Short Title:** U.S. v. Reynolds

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

_____ as the

[ ] appellant(s)    [ ] appellee(s)    [✔] amicus curiae

[ ] petitioner(s)    [ ] respondent(s)    [ ] intervenor(s)

/s/ Judith H. Mizner
Signature

12/05/2022
Date

Judith H. Mizner
Name

Office of the Federal Public Defender, D. MA
Firm Name (if applicable)

(617) 223-8061
Telephone Number

51 Sleeper St. 5th floor
Address

(617) 639-9035
Fax Number

Boston, MA 02210
City, State, Zip Code

Judith_Mizner@fd.org
Email (required)

Court of Appeals Bar Number: 11056

Has this case or any related case previously been on appeal?

[✔] No    [ ] Yes   Court of Appeals No. _____

================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening.** New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court.** Counsel not yet admitted to practice before this court must promptly submit a bar application. 1st Cir. R. 46.0(a)(2).